| AO 10<br>Rev. 1/2017 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2018** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Dale, Candy W. | 2. Court or Organization<br><br>District of Idaho | 3. Date of Report<br><br>05/10/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge--full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>James A. McClure Federal Building and Courthouse<br>550 West Fort Street<br>Boise, Idaho 83724 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Stoel Rives--salary, bonus and partnership distribution |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Idaho - College of Law | August 10 - 17, 2018 | Moscow, ID | Trial Advocacy Course | Lodging, meals, and mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank Accounts | A | Interest | K | T | | | | | |
| 2. Bank of America Accounts | A | Interest | K | T | | | | | |
| 3. New York Life--whole #1 | B | Dividend | M | T | | | | | |
| 4. New York Life--whole #2 | B | Dividend | M | T | | | | | |
| 5. Stoel Rives Retirement Plan | | None | O | T | | | | | |
| 6. Stoel Rives LLP Cash Balance Plan | A | Int./Div. | J | T | | | | | |
| 7. Stoel Rives Draw Account | B | Interest | M | T | | | | | |
| 8. Idaho Trust Bank Accounts (X) | B | Interest | O | T | | | | | |
| 9. TD Ameritrade IRA Account #1 | | | | | | | | | |
| 10. --DFA Five-Yr Global Portfolio Fund (DFGBX) | C | Interest | L | T | | | | | |
| 11. --Loomis & Sayles Bond Fund (LSBDX) | B | Interest | K | T | | | | | |
| 12. | A | Distribution | | | | | | | |
| 13. --DFA Internat'l Small Cap Value (DISVX) | A | Dividend | J | T | | | | | |
| 14. | A | Distribution | | | | | | | |
| 15. --DFA Global Real Estate Fund (DFGEX) | D | Dividend | M | T | | | | | |
| 16. --Pimco Income Fund (PIMIX) | C | Interest | L | T | | | | | |
| 17. --Vanguard Investment Grade Fund (VFIDX) | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- DFA Investment Grade Bond Fund (DFAPX) | D | Interest | N | T | | | | | |
| 19. -- Cohen and Steers Preferred Securities Fund (CPXIX) | D | Dividend | M | T | | | | | |
| 20. --Cohen and Steers Limited Duration Pref Sec Fund (LPXIX) | C | Dividend | L | T | | | | | |
| 21. --TD Ameritrade Money Market Fund | A | Interest | J | T | | | | | |
| 22. TD Ameritrade Trust Account #1 | | | | | | | | | |
| 23. --DFA Int'l Core Equity Fund (DFIEX) | D | Dividend | N | T | Sold (part) | 10/30/18 | J | | |
| 24. | | | | | Buy (add'l) | 12/24/18 | L | | |
| 25. --DFA US Core Equity Fund (DFEOX) | D | Dividend | N | T | Sold (part) | 01/02/18 | L | E | |
| 26. | C | Distribution | | | Sold (part) | 10/30/18 | J | | |
| 27. | | | | | Buy (add'l) | 12/24/18 | K | | |
| 28. --DFA Emerging Markets Core Equity (DFCEX) | C | Dividend | M | T | Sold (part) | 01/02/18 | K | D | |
| 29. | | | | | Sold (part) | 10/30/18 | J | | |
| 30. --DFA Emerging Markets Small Cap Equity (DEMSX) | A | Dividend | J | T | Buy | 10/30/18 | J | | |
| 31. --DFA US Large Cap Value (DFLVX) | C | Dividend | M | T | Sold (part) | 01/02/18 | K | E | |
| 32. | D | Distribution | | | Sold (part) | 12/24/18 | K | | |
| 33. --DFA Tax Managed Small Cap Value Equity Fund (DTMVX) | B | Dividend | M | T | Sold (part) | 01/02/18 | K | D | |
| 34. | D | Distribution | | | Sold (part) | 12/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. --DFA Tax-Managed Small Cap Equity Fund (DFTSX) | B | Dividend | M | T | Sold (part) | 01/02/18 | J | A | |
| 36. | C | Distribution | | | Sold (part) | 12/24/18 | J | | |
| 37. --DFA Intermediate Term Muni Bond Fund (DFTIX) | B | Interest | | | Sold | 10/30/18 | L | | |
| 38. --DFA Tax-Managed US Value (DTMMX) | C | Dividend | M | T | Sold (part) | 01/02/18 | K | D | |
| 39. | D | Distribution | | | Sold (part) | 12/24/18 | J | | |
| 40. --DFA Int'l Small Cap Value (DISVX) | B | Dividend | | | Sold (part) | 01/02/18 | K | D | |
| 41. | B | Distribution | | | Sold | 12/24/18 | L | | |
| 42. -- Idaho BD BK Auth Rev Muni Bond (451152S86) | A | Interest | K | T | | | | | |
| 43. --Ada &Canyon Cnty ID Sch Dist (005176GUO) | A | Interest | | | Sold | 03/15/18 | K | | |
| 44. --Canyon Cnty Id Sch (138807HS4) | B | Interest | | | Sold | 09/17/18 | K | | |
| 45. --ID Hsg & Fin Assn (45129WGT1) | B | Interest | | | Sold | 07/16/18 | K | | |
| 46. --ID Hsg & Fin Assn (45129WGV6) | B | Interest | | | Sold | 07/16/18 | K | | |
| 47. --Moscow ID SWR Rev (619481BV5) | A | Interest | | | Sold | 05/01/18 | K | | |
| 48. --Boise State Univ ID Revs (097464US8) | B | Interest | K | T | | | | | |
| 49. --Idaho BD BK Auth Rev Bds (4511522D3) | A | Interest | | | Sold | 09/17/18 | J | A | |
| 50. --Idaho Health Facs Hosp Rev Bonds (451295TW9) | A | Interest | | | Sold | 11/01/18 | J | | |
| 51. -- Vanguard Short Term Muni Bond Fund (VWSUX) | B | Interest | | | Sold (part) | 05/11/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/01/18 | K | | |
| 53. | | | | | Sold | 10/30/18 | M | | |
| 54. -- Vanguard High Yield Muni Bond Fund (VWAHX) | D | Interest | | | Sold | 09/07/18 | M | | |
| 55. --Vanguard High Yield Muni Bond Fund (VWALX) | C | Interest | N | T | Buy | 09/07/18 | M | | |
| 56. | | | | | Buy (add'l) | 10/30/18 | K | | |
| 57. | | | | | Buy (add'l) | 11/08/18 | J | | |
| 58. --Vanguard Limited-Term Muni Bond Fund (VMLUX) | A | Interest | M | T | Buy | 10/30/18 | M | | |
| 59. -- Cohen and Steers Preferred Securities Fund (CPXIX) | B | Dividend | | | Sold | 10/30/18 | L | | |
| 60. | | | L | T | Buy | 12/24/18 | L | | |
| 61. --Cohen and Steers Limited Term Preferred Sec Fund (LPXIX) | A | Dividend | | | Buy | 10/30/18 | L | | |
| 62. | | | | | Sold | 12/24/18 | L | | |
| 63. --DFA International Vector Equity Fund (DFVQX) | A | Dividend | | | Buy | 10/30/18 | J | | |
| 64. | A | Distribution | | | Sold | 12/24/18 | J | | |
| 65. | A | Distribution | | | | | | | |
| 66. --DFA Tax-Adv Core Equity II Fund (DFTCX) | A | Dividend | | | Buy | 10/30/18 | J | | |
| 67. | A | Distribution | | | Sold | 12/24/18 | J | | |
| 68. --TD Ameritrade Money Market Fund | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. TD Ameritrade IRA #2 | | | | | | | | | |
| 70. --TD Ameritrade Money Market | A | Interest | J | T | | | | | |
| 71. --DFA International Small Cap (DISVX) | A | Dividend | K | T | | | | | |
| 72. | B | Distribution | | | | | | | |
| 73. --Loomis and Sayles Bond Fund (LSBDX) | C | Dividend | M | T | | | | | |
| 74. | A | Distribution | | | | | | | |
| 75. -- Vanguard Int. Term Invest Grade Bond Fund (VFIDX) | B | Dividend | K | T | | | | | |
| 76. --Pimco Income Fund (PIMIX) | D | Interest | M | T | | | | | |
| 77. -- DFA Investment Grade Bond Fund (DFAPX) | B | Interest | L | T | | | | | |
| 78. -- Cohen and Steers Limited Duration Pfd Sec Fund (LPXIX) | B | Dividend | K | T | | | | | |
| 79. Beneficiary IRA Account #1 | | | | | | | | | |
| 80. --Athene Equity Indexed Annuity | A | Interest | K | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding Part VII, line 5, the plan is employer controlled--neither the reporting judge nor her spouse have any choice over the individual investments in the plan.
Regarding Part VII, line 6, the plan is employer controlled--neither the reporting judge nor her spouse have any choice over the individual investments in the plan.
Regarding Part VII, line 7, the draw account is used for quarterly distributions and bonus income. Funds are held in an interest bearing account at the firm, typically in money market funds. Neither the reporting judge nor her spouse has any choice over investments.

| Name of Person Reporting | Date of Report |
|---|---|
| Dale, Candy W. | 05/10/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Candy W. Dale**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544